COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-05-204-CV

GAMESTOP, INC. AND GUION GREGG, III APPELLANTS

V.

RADIOSHACK CORPORATION APPELLEE

----------

FROM THE 236
TH
 DISTRICT COURT 
OF TARRANT COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered appellants’ “Unopposed Motion For Disposition Pursuant To Settlement Agreement.”  It is the court’s opinion that the motion should be granted; therefore, we dismiss the appeal.  
See
 T
EX.
 R. A
PP.
 P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by the appellants, for which let execution issue.  
See 
Tex. R. App. P.
 
43.4.

PER CURIAM

PANEL D: GARDNER, WALKER, and MCCOY, JJ.

DELIVERED: June 29, 2006

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.